AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Mikal Sepanian

APPEARANCE

CASE NUMBER: 07 M-25M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

3/1/07
*Date*

*Signature*

J. Crowell
*Print Name*

1993
*Bar Number*

128 Dorrance
*Address*

Prov
*City*

RI
*State*

02903
*Zip Code*

272-6600
*Phone Number*

*Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.