RECEIVED
U.S. ... SERVICE
FEB 2 8 2007

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

District of Rhode Island

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

MIKAEL STEPANIAN

## WARRANT FOR ARREST

CASE NUMBER: 1:07M25M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MIKAEL STEPANIAN
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

conspiring with one another and with other to knowingly, and with the intent to defraud, traffic in and use one or more unauthorized access devices during a one year period and, by such conduct, to obtain things of value aggregating $1,000 or more.

in violation of Title 18 United States Code, Section(s) §§371 and 1028A(a)(1)and (c)(4)

| | |
|---|---|
| DAVID L. MARTIN | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| David L. Martin | February 28, 2007, Providence, RI |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ACI on Writ; returned to ACI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 02/28/2007 | C. Wyant SDUSM | [signature] |
| DATE OF ARREST 03/01/2007 | | |

This form was electronically produced by Elite Federal Forms, Inc.