UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. David L. Martin |
| | : | |
| v. | : | Criminal No. 1:07-M-25M |
| | : | |
| MIKAEL STEPANIAN | : | ORDER |

This matter having been opened to the Court by Robert Clark Corrente, United States Attorney for the District of Rhode Island (Lee H. Vilker, Assistant U.S. Attorney, appearing) and MIKAEL STEPANIAN (Judith Crowell, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter for a period of sixty (60) days to permit the parties to continue plea negotiations and to finalize a plea agreement, and the defendant being aware that he has the right to have the matter submitted to a grand jury for indictment within thirty (30) days of his arrest on the complaint, pursuant to Title 18 of the United States Code, Section 3161(b), and it appearing that the defendant has waived that right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for a period of sixty (60) days for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to finalize the plea agreement, which would thereby render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 21st day of March, 2007

ORDERED that the proceedings scheduled in the above-captioned matter are continued from March 28, 2007 through May 27, 2007; and

IT IS FURTHER ORDERED that the period from March 28, 2007 through May 27, 2007 shall be excludable in computing time under the Speedy Trial Act of 1974.

David L Martin

HON. DAVID L. MARTIN 3-21-07
United States Magistrate Judge

Consented to:

Judith Crowell, Esq.
Counsel for Defendant
Mikael Stepanian

Lee Vilker

Lee H. Vilker, Assistant U.S. Attorney